DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SAMUEL H. WORRELL,**
Appellant,

v.

**DITECH FINANCIAL LLC,** f/k/a **GREEN TREE SERVICING, LLC,**
Appellee.

No. 4D22-1808

[ January 5, 2023 ]

CORRECTED OPINION

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE16-001954.

Samuel H. Worrell, Lauderhill, pro se.

Nancy M. Wallace of Akerman LLP, Tallahassee, and William P. Heller of Akerman LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***